## APPEAL OF GARDNER & ADAMS CO.

Docket No. 1008. Submitted May 18, 1925. Decided September 28, 1925.

*Walter G. Moyle, Esq.*, for the taxpayer.
*A. R. Marrs, Esq.*, for the Commissioner.

### Before JAMES, LITTLETON, SMITH, and TRUSSELL.

This is an appeal from the determination of a deficiency in income and profits tax for the fiscal year ended January 31, 1920, in an amount not stated in the petition but alleged to be less than $10,000. The taxpayer claims abnormalities so as to entitle it to assessment under the provisions of section 328.

#### FINDINGS OF FACT.

The taxpayer is a Utah corporation with its principal office in Salt Lake City. During the taxable year ended January 31, 1920, the taxpayer paid in total officers' salaries an amount of $12,350, which amount was 1.73 per cent of the gross sales of the taxpayer, 4.69 per cent of its gross profit, and 9.56 per cent of its net profit. The percentage of net income to gross profit was 51.98. Dividends were paid by the taxpayer during the year ended January 31, 1920, in the amount of $37,000. It is alleged in the petition but not admitted in the answer that the percentage of total profits tax determined is 30 per cent of the net income.

#### DECISION.

The determination of the Commissioner is approved.

ARUNDELL not participating.